# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **SABRINA M. WILLIAMS**<br><br>      **Plaintiff,**<br><br>      v.<br><br>**MEDTRONIC, INC.,**<br><br>      **Defendant.** | )<br>)<br>)<br>)<br>)<br>)    **Civil Action No.**<br>)    **23-11857-MJJ**<br>)<br>)<br>)<br>)<br>) |

## ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO APPEAL *IN FORMA PAUPERIS*
### (Doc. No. 38)

**JOUN, D.J.**

On December 20, 2023, Sabrina Williams filed a Notice of Appeal (Doc. No. 37) as to the Court's November 15, 2023 order (Doc. No. 32) denying Ms. Williams' motion to seal this action (Doc. No. 31). Ms. Williams also filed a motion for leave to appeal *in forma pauperis* (Doc. No. 38).

The Court DENIES the motion for leave to appeal *in forma pauperis* because Ms. Williams has not submitted the appropriate financial affidavit. Ms. Williams used the two-page Application to Proceed in District Court without Prepaying Fees or Costs. However, under the Federal Rules of Appellate Procedure, a person moving for leave to appeal *in forma pauperis* must attach to his motion an affidavit that "(A) shows in the detail prescribed by Form 4 of the Appendix of Forms [to the Federal Rules of Appellate Procedure] the party's inability to pay or to give security for fees and costs; [and] (B) claims an entitlement to redress." Fed. R. App. P. 24(a)(1). This form, titled "Affidavit Accompanying Motion for Permission to Appeal *in Forma*

*Pauperis*," is four pages long. In the absence of the required financial affidavit, the Court cannot grant Ms. Williams' motion.

If Ms. Williams wishes to pursue *in forma pauperis* status on appeal, she may, within thirty (30) days, file with a new motion for leave to appeal *in forma pauperis* with the United States Court of Appeals for the First Circuit. *See* Fed. R. App. P. 24(a)(5).[1] The clerk shall provide Ms. Williams with a blank Affidavit Accompanying Motion for Permission to Appeal *in Forma Pauperis*.[2]

The clerk shall transmit a copy of this order to the United States Court of Appeals for the First Circuit.

**So Ordered.**

                                                  /s/ Myong J. Joun
                                                  Myong J. Joun
                                                  United States District Judge

Dated:  January 12, 2024

---

[1] Rule 24(a)(5) of the Federal Rules of Appellate Procedure provides:
> A party may file a motion to proceed on appeal in forma pauperis in the court of appeals within 30 days after service of the notice [of the district court's order denying the motion to appeal in forma pauperis]. The motion must include a copy of the affidavit filed in the district court and the district court's statement of reasons for its action. If no affidavit was filed in the district court, the party must include the affidavit prescribed by Rule 24(a)(1).

Fed. App. P. 24(a)(5). The court emphasizes that the motion permitted under this rule must be filed with the Court of Appeals rather than with the District Court.

[2] This form is also available at https://www.ca1.uscourts.gov/sites/ca1/files/form4.pdf (last visited Jan. 12, 2024).